# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ELLIS-DON CONSTRUCTION, INC.,     )
                            )
        Plaintiff,             )
                            )
        v.                    )         1:05CV01119
                            )
CORLEY REDFOOT ZACK, INC.,     )
                            )
        Defendant.         )

## J-U-D-G-M-E-N-T

On July 27, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's motion for judgment on the pleadings as to Defendant's amended counterclaim (docket no. 18) be GRANTED, and that Defendant's amended counterclaim be dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

DATE: October 11, 2006